**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6319**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

PERRY COUSINS, a/k/a Pzo,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Rebecca Beach Smith,
Chief District Judge.   (4:10-cr-00047-RBS-TEM-1)

Submitted:  May 24, 2012                    Decided:  May 31, 2012

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Perry Cousins, Appellant Pro Se.   Robert Edward Bradenham, II,
Howard Jacob Zlotnick, Assistant United States Attorneys,
Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Perry Cousins appeals the district court's order denying his pro se motion for the production of trial transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cousins, No. 4:10-cr-00047-RBS-TEM-1 (E.D. Va. Feb. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED